IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW WESLEY,

      Plaintiff,                    No. CIV S-10-0133 GGH P

     vs.

J. WALKER, Warden, et al.,

      Defendants.              <u>ORDER</u>
_____/

        On February 1, 2010, plaintiff filed his consent to the jurisdiction of the undersigned (docket #4). By order filed April 30, 2010, the court granted plaintiff twenty-eight days to file an amended complaint. In the April 30th order, the court informed plaintiff of the deficiencies in his complaint. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        For the reasons given in the April 30, 2010, order, IT IS HEREBY ORDERED that this action is dismissed with prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: July 9, 2010

                                /s/ Gregory G. Hollows
                                _____
                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

wesl0133.fta